# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD C. CRAVER,**

    **Plaintiff,**

  v.

**FRANKLIN COUNTY CHILD SUPPORT ENFORCEMENT AGENCY,**

    **Defendant.**

:

Case No. 2:23-cv-3003
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

:

## ORDER

This matter is before the Court on the January 26, 2024 Report and Recommendation issued by the Magistrate Judge. (ECF No. 4.) The Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint for failure to timely effect service. (*Id.*) Plaintiff was advised of his right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) Nonetheless, the time for filing objections has passed, and no objections have been filed.

For the reasons set forth therein, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 4) and **DISMISSES** the Complaint (ECF No. 1) without prejudice. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                        /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**